United States District Court
Southern District of Texas
**ENTERED**
September 08, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL LISTI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-01534 |
| | § | |
| ALLSTATE TEXAS LLOYDS AND ALLEN MICHAEL COLBERT, | § § § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff SAMUEL LISTI and Defendant ALLSTATE TEXAS LLOYDS' Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants (including Allen MICHAEL COLBERT) are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 8th day of September, 2017.

_____
JUDGE PRESIDING

**AGREED:**


_/s/ Matthew J. Worrall_
Matthew J. Worrall
State Bar No. 24070883
mworrall@potts-law.com
THE POTTS LAW FIRM, LLP
1770 Saint James Place, Suite 100
Houston, Texas 77056
Telephone (713) 963-8881
Facsimile (713) 574-2938


**ATTORNEYS FOR PLAINTIFF**


_/s/ Jay Scott Simon (with permission)_
Jay Scott Simon
State Bar No. 24008040
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT
ALLSTATE TEXAS LLOYDS**